# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br> Plaintiff(s), <br> vs. <br> JOHN AND JANE DOES, <br> Defendant(s). | Case No. 2:17-cv-00114-JCM-NJK <br> **ORDER** |

On January 17, 2017, the Court ordered that "Plaintiff will have until February 24, 2017, to discover the actual names of the Defendants through discovery, and to file a request to amend the complaint to provide the actual names of the Defendants." Docket No. 7. To date, no motion to amend the complaint has been filed. As stated in the order issued concurrently herewith in *ME2 Productions, Inc. v. John and Jane Does*, Case No. 2:17-cv-00126-NJK-JCM, Plaintiff and Plaintiff's counsel are **ADMONISHED** for failing to comply with the Court's order, and warned that they must strictly comply with the Court's orders. Failure to do so in the future may result in significant sanctions, up to and including dismissal.

Plaintiff is further **ORDERED** to file, no later than April 24, 2017, either an amended complaint or a proper request to extend the deadline to file the amended complaint.

IT IS SO ORDERED

Dated: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge