# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00114-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| JOHN AND JANE DOES, | (Docket Nos. 10, 11) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion (1) to eliminate the deadline to amend the complaint, (2) to alternatively extend the time to amend the complaint, and (3) to extend the time to effectuate service. Docket No. 10. Plaintiff also filed a motion for a hearing. Docket No. 11. Concurrently herewith, the Court is issuing an order resolving substantially similar motions in *ME2 Productions, Inc. v. John and Jane Does*, Case No. 2:17-cv-00126-JCM-NJK. For the reasons discussed therein, the motion to extend the deadline to amend the complaint is **GRANTED** in part and that deadline is **EXTENDED** to May 22, 2017. The alternative request to eliminate such deadline is **DENIED**. The motion to extend the deadline to effectuate service is **GRANTED** and that deadline is **EXTENDED** to June 26, 2017. The motion for a hearing is **DENIED**.

IT IS SO ORDERED.

DATED: April 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge