UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-CV-114 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| ARCHIE MEDES, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 22). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 26). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for entry of clerk's default against defendants Archie Medes [sic], Shannon Mullaney, Daniel Vasquez, Steven Olmos, and Jineane Agee. (ECF No. 38).

Also before the court is plaintiff's motion for entry of clerk's default against defendant Michael George. (ECF No. 40).

Also before the court is plaintiff's motion for default judgment against defendant Alejandro Treto. (ECF No. 42).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 26-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-

**James C. Mahan**
**U.S. District Judge**

JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate.

Plaintiff's first motion for entry of clerk's default requests entries of default against defendants Medes [sic], Mullaney, Vasquez, Olmos, and Agee. (ECF No. 30). Plaintiff's claims against defendants Mullaney, Vasquez, Olmos, and Agee will be severed from the instant action, and therefore the court will deny plaintiff's motion as it relates to these defendants.

However, the court will grant plaintiff's motion as it relates to defendant Mendes. Plaintiff effectuated service on Mendes on June 29, 2017, which gave Mendes until July 20, 2017 to answer plaintiff's complaint. (ECF No. 35). Mendes is yet to file a response. As the time for doing so has passed, the court will grant plaintiff's motion for entry of clerk's default as to defendant Mendes.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 22) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Archie Mendes be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default against defendants Medes [sic], Mullaney, Vasquez, Olmos, and Agee (ECF No. 38) be, and the same hereby is, GRANTED in part and DENIED in part, consistent with the foregoing. The clerk shall enter default against defendant Mendes.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default against defendant George (ECF No. 40) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for default judgment (ECF No. 42) be, and the same hereby is, DENIED as moot.

DATED November 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**