# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ME2 PRODUCTIONS, INC.,

    Plaintiff,

vs.

ARCHIE MEDES,

    Defendant.

Case No.: 2:17-cv-00114-JCM (NJK)

**DEFAULT JUDGMENT**

   This matter comes before the Court upon motion made by ME2 PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant ARCHIE MEDES for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

   The Clerk of the Court, noting the failure of Defendant ARCHIE MEDES to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 44].

   Defendant ARCHIE MEDES willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

   The conduct of Defendant ARCHIE MEDES was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

   Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant ARCHIE MEDES, in the amount of $1,500.00 pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant ARCHIE MEDES, fees and costs, including reasonable attorneys' fees, in the amount of $6,105.00 pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this __20th__ day of __April__, 2018, at Las Vegas, Nevada

By: _____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | CHARLES C. RAINEY, ESQ.<br>Nevada Bar No. 10723 |
| 2 | *crainey@hamricklaw.com*<br>HAMRICK & EVANS, LLP |
| 3 | 7670 W. Lake Mead Blvd., Ste. 140<br>Las Vegas, Nevada 89128 |
| 4 | Telephone No.: (702) 425-5100<br>Fax No.: (818) 763-2308 |
| 5 | |
| 6 | *Attorneys for Plaintiff*<br>ME2 PRODUCTIONS, INC. |
| 7 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ME2 PRODUCTIONS, INC.,            ) Case No.: 2:17-cv-00114-JCM (NJK)
                                  )
            Plaintiff,             )
    vs.                            )
                                  )
ARCHIE MEDES,                     )
                                  )
            Defendant.             )
                                  )

**CERTIFICATE OF SERVICE**

I, the undersigned employee of **HAMRICK & EVANS**, hereby certify that I served the foregoing **[PROPOSED] DEFAULT JUDGMENT** upon ARCHIE MEDES, Defendant in the above-referenced case, by mailing a copy of the foregoing document to the following address via first class mail postage prepaid:

ARCHIE MEDES<br>
7721 Wild Crest Street<br>
Las Vegas, NV 89149-1930

Dated April 19, 2018.

                                               /s/ Heather Martindale
                                        An Employee of Hamrick & Evans, LLP